```
Danielle R. Pena, Esq., SBN 286002
dpena@morrislawfirmapc.com
PHG Law Group, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:   (619) 826-8065
```

Attorneys for Tanya Suarez

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA SUAREZ, Individually,<br><br>                              Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, REGISTERED NURSE SHANNON KEENE, Individually, AND DOES 1-10, inclusive,<br><br>                              Defendants. | Case No. 20-cv-00456-WQH-DEB<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br>Date: August 31, 2020<br>Judge: Hon. William Q. Hayes |

Pursuant to Federal Rules of Civil Procedure 41(a)(2), and a settlement entered into between all parties, Plaintiff Tanya Suarez, by and through her counsel of record, and Defendants County of San Diego, Beneliza Balangcod, Jessica Castner, Natalie Crist, Cynthia Randolph, Paola Rendon-Aguilera, Andrea Villa, Rocio Espinoza, Terry Jackson, and Cherisce Wilson ("Defendants"), by and through their counsel of record, jointly move this Court for an order dismissing Defendants with prejudice from all claims asserted against them in this lawsuit. It is stipulated by and among the parties that Plaintiff and Defendants will bear their own attorney's fees and costs.

Respectfully submitted,

**PHG Law Group**

Dated: September 30, 2022

By: _s/ Danielle R. Pena_
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiff Tanya Suarez

DATED: September 30, 2022

**OFFICE OF COUNTY COUNSEL**

By: s/Sylvia S. Aceves, Senior Deputy
SYLVIA S. ACEVES, Senior Deputy
MATTHEW O'SULLIVAN, Senior Deputy
Attorneys for Defendants County of San Diego, Beneliza Balangcod, Jessica Castner, Natalie Crist, Cynthia Randolph, Paola Rendon-Aguilera, Andrea Villa, Rocio Espinoza, and Cherisce Wilson
E-mail: robert.ortiz@sdcounty.ca.gov
E-mail: sylvia.aceves@sdcounty.ca.gov
E-mail: matthew.o'sullivan@sdcounty.ca.gov

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

**PHG Law Group**

Dated: September 30, 2022

By: *s/ Danielle R. Pena*
Danielle R. Pena, Esq.
dpena@morrislawfirmapc.com
Attorneys for Plaintiff Tanya Suarez